MAYALL HURLEY
A Professional Corporation
2453 Grand Canal Boulevard
Stockton, California 95207
Telephone (209) 477-3833
Facsimile (209) 473-4818
NICHOLAS J. SCARDIGLI
CA State Bar No. 249947
VLADIMIR J. KOZINA
CA State Bar No. 284645

Attorneys for Plaintiff AZIZ MOGADDEDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZIZ MOGADDEDI,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 3:15-cv-02563-LB<br><br>PLAINTIFF AZIZ MOGADDEDI'S NOTICE OF REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Date: April 21, 2016<br>Time: 11:00 a.m.<br>Crtrm: C, 15th Floor<br>Trial Date: January 23, 2017<br>Honorable Laurel Beeler |

TO THE HONORABLE LAUREL BEELER AND TO ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Aziz Mogaddedi by and through his attorneys, hereby requests that Nicholas J. Scardigli and/or Vladimir J. Kozina be allowed to appear by telephone at the Case Management Conference scheduled in the above-captioned matter for April 21, 2016, at 11:00 a.m.

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: February 18, 2016 | **MAYALL HURLEY P.C.** |

By   /s/ Nicholas J. Scardigli
   NICHOLAS J. SCARDIGLI and
   VLADIMIR J. KOZINA
   Attorneys for Plaintiff
   AZIZ MOGADDEDI

**IT IS SO ORDERED.**

Plaintiff's counsel to make arrangements through CourtCall.

DATED: February 19, 2016

   _____
   HONORABLE LAUREL BEELER