**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

AZIZ MOGADDEDI,

    Plaintiff,

    v.

MARRIOTT INTERNATIONAL, INC., and DOES 1-100, inclusive,

    Defendants.

_____/

No. 3:15-cv-02563-LB

**AMENDED CASE-MANAGEMENT AND PRETRIAL ORDER (JURY)**

**CASE-MANAGEMENT AND TRIAL DATES**

All hearings will be held in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The following are the disclosure, filing, and hearing dates:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Meet and confer re pretrial filings | 12/5/2016 |
| Pretrial filings due | 12/12/2016 |
| Oppositions, objections, exhibits, and depo designations due | 12/19/2016 |
| Final pretrial conference | 1/12/2017 at 1:30 p.m. |
| Trial | 1/23/2017 at 8:30 a.m. |
| Length of trial | 5 days |

AMENDED CASE-MANAGEMENT AND PRETRIAL ORDER
No: 3:15-cv-02563-LB

1    **IT IS SO ORDERED**.

2   Dated: April 20, 2016

3                                         LAUREL BEELER
                                 United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED CASE-MANAGEMENT AND PRETRIAL ORDER
No: 3:15-cv-02563-LB

United States District Court
For the Northern District of California