**MAYALL HURLEY**
**A Professional Corporation**
**2453 Grand Canal Boulevard**
**Stockton, California 95207**
**Telephone (209) 477-3833**
**Facsimile (209) 473-4818**
**NICHOLAS J. SCARDIGLI**
**CA State Bar No. 249947**
**VLADIMIR J. KOZINA**
**CA State Bar No. 284645**

**Attorneys for Plaintiff AZIZ MOGADDEDI**

**Leila Narvid, Bar No. 229402**
**ln@paynefears.com**
**Jonathan W. Black, Bar No. 280421**
**jwb@paynefears.com**
**PAYNE & FEARS LLP**
**Attorneys at Law**
**One Post Street, Suite 1000**
**San Francisco, California 94104**
**Telephone: (415) 398-7860**
**Facsimile: (415) 398-7863**

**Attorneys for Defendant**
**MARRIOTT HOTEL SERVICES, INC.**

**UNITED STATE DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AZIZ MOGADDEDI,** | **Case No.: 3:15-cv-02563-LB** |
| **Plaintiff,** | **JOINT STIPULATION AND REQUEST TO CONTINUE (1) NON-EXPERT DISCOVERY COMPLETION DATE AND (2) LAST HEARING DATE FOR DISPOSITIVE MOTIONS; [PROPOSED] ORDER** |
| **v.** | |
| **MARRIOTT INTERNATIONAL, INC.; and DOES 1-100, inclusive,** | |
| **Defendants.** | **The Hon. Laurel Beeler** |

/ / /

/ / /

/ / /

/ / /

1    The parties to the above-entitled action hereby respectfully submit this Joint Stipulation and

2    Request to Continue (1) the Non-Expert Discovery Completion Date, from August 29, 2016, to

3    October 10, 2016; and (2) the last hearing date for dispositive motions, from October 13, 2016, to

4    December 1, 2016.  The parties had refrained from conducting extensive discovery in anticipation

5    of a recent, ultimately unsuccessful, settlement conference on June 17, 2016, and are currently in

6    the process of meeting and conferring regarding discovery responses.

## JOINT STIPULATION AND REQUEST TO CONTINUE

8    WHEREAS, the parties had refrained from conducting extensive discovery in anticipation

9    of a court-sponsored mediation on November 24, 2016, and a settlement conference on June 17,

10   2016;

11   WHEREAS, the parties are currently in the process of meeting and conferring regarding

12   discovery responses;

13   WHEREAS, Plaintiff is waiting for the conclusion of the meet and confer process before

14   setting depositions;

15   WHEREAS, the parties have recently agreed upon a mutual convenient date for the

16   deposition of Plaintiff, August 25, 2016;

17   WHEREAS, parties request that the Court continue (1) the Non-Expert Discovery

18   Completion Date, from August 29, 2016, to October 10, 2016; and (2) the last hearing date for

19   dispositive motions, from October 13, 2016, to December 1, 2016.  This stipulation does not alter

20   the date of any other event or deadline already fixed by Court order.

22   **DATED**: August 10, 2016                         **MAYALL HURLEY P.C.**

24                              By_____/s/ Nicholas J. Scardigli_____
25                                        NICHOLAS J. SCARDIGLI
                                         VLADIMIR J. KOZINA
                                         Attorneys for Plaintiff
26                                        AZIZ MOGADDEDI

1

**DATED**: August 10, 2016                          **PAYNE & FEARS LLP**

2

3                                          By_____/s/ Leila Narvid_____

4                                                  LEILA NARVID
                                                   Attorneys for Defendant
5                                                  MARRIOTT INTERNATIONAL, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

**[PROPOSED] ORDER**

2          Pursuant to the Joint Stipulation by the parties, and GOOD CAUSE APPEARING

3    THEREFORE,

4          **IT IS HEREBY ORDERED** that (1) the Non-Expert Discovery Completion Date, from

5    August 29, 2016, to October 10, 2016; and (2) the last hearing date for dispositive motions, from

6    October 13, 2016, to December 1, 2016.

7

8    **DATED:** August 10, 2016

9

10                                                    _____

11                                                    Hon. Laurel Beeler
                                                      U.S. Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27