```
 1  MAYALL HURLEY
    A Professional Corporation
 2  2453 Grand Canal Boulevard
    Stockton, California 95207
 3  Telephone (209) 477-3833
    Facsimile (209) 473-4818
 4  NICHOLAS J. SCARDIGLI
    CA State Bar No. 249947
 5  VLADIMIR J. KOZINA
    CA State Bar No. 284645
 6
    Attorneys for Plaintiff AZIZ MOGADDEDI
 7
    Leila Narvid, Bar No. 229402
 8  ln@paynefears.com
    Jonathan W. Black, Bar No. 280421
 9  jwb@paynefears.com
    PAYNE & FEARS LLP
10  Attorneys at Law
    One Post Street, Suite 1000
11  San Francisco, California 94104
    Telephone: (415) 398-7860
12  Facsimile: (415) 398-7863
13
    Attorneys for Defendant
14  MARRIOTT HOTEL SERVICES, INC.
```

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AZIZ MOGADDEDI,<br><br>    Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC.;<br>and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 3:15-cv-02563 LB<br><br>STIPULATION OF DISMISSAL<br>ORDER |

WHEREAS, Plaintiff Aziz Mogaddedi ("Plaintiff") and Defendant Marriott International, Inc., ("Defendant") entered into a conditional settlement of all claims asserted in this matter and Plaintiff filed a Notice of Settlement on October, 12, 2016;

THEREFORE, IT IS HEREBY STIPULATED by between Plaintiff and Defendant through their designated counsel that the above-captioned action should be dismissed with

1  prejudice pursuant to FRCP 41(a)(1)(A).  Plaintiff and Defendant further stipulate that the parties

2  shall bear their own attorneys' fees and costs.

3        IT IS SO STIPULATED.

4

5  **DATED**: November 8, 2016                    **MAYALL HURLEY P.C.**

6

7                              By_____/s/ Nicholas J. Scardigli_____
                                    NICHOLAS J. SCARDIGLI
8                                   VLADIMIR J. KOZINA
                                    Attorneys for Plaintiff
9                                   AZIZ MOGADDEDI

10 **DATED**: November 8, 2016                    **PAYNE & FEARS LLP**

11

12                             By_____/s/ Leila Narvid_____
                                    LEILA NARVID
13                                  JONATHAN W. BLACK
                                    Attorneys for Defendant
14                                  MARRIOTT HOTEL SERVICES, INC.

15

16
     Dated: November 9, 2016
17



IT IS SO ORDERED
Judge Laurel Beeler

Stipulation of Dismissal
Page 2 of 2